UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE TRAVELERS LLOYDS INSURANCE COMPANY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RIGID GLOBAL BUILDINGS, LLC, et al.,**<br><br>*Defendants*. | Civil Action No. 18-5814<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff Travelers Lloyds Insurance Company's ("Plaintiff" or "Travelers") Motion for Summary Judgment, ECF No. 50;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 13th day of February, 2020;

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**.

*/s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**